# Exhibit "A"

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>HOTELS NEVADA, LLC,<br><br>Debtor. | In Proceedings Under Chapter 11<br><br>Case No. 2:09-bk-31131-bam |
| In re:<br><br>INNS NEVADA, LLC,<br><br>Debtor. | Case No. 2:09-bk-31132-bam<br><br>**ORDER GRANTING MOTION FOR ORDER AUTHORIZING AND DIRECTING (1) JOINT ADMINISTRATION AND (2) USE OF A CONSOLIDATED CAPTION** |

This matter came before the Court pursuant to the "Motion For Order Authorizing And Directing (1) Joint Administration And (2) Use Of A Consolidated Caption" (the "Motion") filed by HOTELS NEVADA, LLC and INNS NEVADA, LLC ("Debtors"), as debtors and debtors-in-possession in the above-captioned Chapter 11 cases.

Pursuant to the Motion, Bankruptcy Code §105(a) and Federal Rule of Bankruptcy Procedure 1015(b), the Debtors asked this Court for an order authorizing and directing: (1) joint administration of the above-captioned bankruptcy proceedings and (2) use of a consolidated caption.

Based on the Motion, the "Declaration of Allyn Burroughs" filed concurrently with the Motion, and the entire record before the Court in these Chapter 11 cases,

QB\9152121.1

1  The COURT FINDS AND CONCLUDES as follows:

2  1. On November 5, 2009 (the "Petition Date"), the Debtors filed voluntary petitions for relief under Chapter 11 of the United States Code (the "Bankruptcy Code").

2. Since the commencement of their Chapter 11 cases, the Debtors continue to operate their businesses and manage their assets as debtors and debtors-in-possession pursuant to §§1107(a) and 1108 of the Bankruptcy Code.

3. This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§157 and 1334.  This matter is a core proceeding pursuant to 28 U.S.C. §157(b).  Venue is proper before this Court pursuant to 28 U.S.C. §§1408 and 1409.

4. Allyn Burroughs is the responsible person and authorized representative for the Debtors in the Chapter 11 cases.

5. The Debtors and their Chapter 11 cases are sufficiently related such that joint administration of the cases for procedural purposes appears to be in the best interests of the Debtors and their respective estates.  Accordingly, based on all of the foregoing and good cause appearing therefor,

IT IS HEREBY ORDERED that:

1. The Motion is hereby granted in its entirety.

2. The Debtors' Chapter 11 cases hereby are administratively consolidated for procedural purposes.  One docket will be maintained for both cases, which docket shall be the docket for Case No. 2:09-bk-31131-bam.

3. The following form of consolidated caption shall be used for all future pleadings, papers and other documents filed in the Debtors' Chapter 11 cases:

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>HOTELS NEVADA, LLC,<br><br>　　　　Debtor. | In Proceedings Under Chapter 11<br><br>Case No. 2:09-bk-31131-bam |
| In re:<br><br>INNS NEVADA, LLC,<br><br>　　　　Debtor. | Case No. 2:09-bk-31132-bam<br><br>(Jointly Administered Under Case No. 2:09-bk-31131-bam)<br><br>**[TITLE]** |

　　　　4.　　The Debtors shall file a consolidated creditor matrix.

PREPARED AND SUBMITTED BY:

James A. Ryan
Brian Sirower
Catherine M. Guastello
QUARLES & BRADY LLP
One Renaissance Square
Two North Central Avenue
Phoenix, AZ 85004-2391

-and-

GOLDSMITH & GUYMON, P.C.
2055 Village Center Circle
Las Vegas, NV  89134


By  /s/ Marjorie Guymon
　　　Marjorie Guymon


Proposed Attorneys for Hotels Nevada, LLC
and Inns Nevada, LLC,
Debtor and Debtor-In-Possession

　　　　　　　　　　　　　　　　###